# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**WILLIAM MILLER**                                                                                          **PLAINTIFF**

**V.**                           **CASE NO.: 4:15-CV-323-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case, Judgment is hereby rendered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration, and against Plaintiff William Miller.

IT IS SO ORDERED this 30th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE